# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES LEE BELLARD, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) NO. CIV-17-0289-HE |
| | ) |
| FNU ANTONELLI, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Petitioner Charles Lee Bellard, a state prisoner appearing *pro se*, brought this action pursuant to 28 U.S.C. § 2241, challenging the Bureau of Prisons' computation of his sentence. The matter was referred to U.S. Magistrate Judge Gary M. Purcell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). Petitioner moved to proceed *in forma pauperis* [Doc. #5]. After review, Judge Purcell recommended that the motion be denied and action dismissed unless petitioner paid the full filing fee of $5.00 by April 17, 2017. The parties were advised of their right to file an objection to the Report and Recommendation by April 17, 2017. No objections have been filed. The parties have therefore waived any right to appellate review of the factual and legal issues raised in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). The court therefore **ADOPTS** the Report and Recommendation [Doc. #6], a copy of which is attached to this order. Because petitioner has not paid the full filing fee, this action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2017.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE